1  FERRIS & BRITTON
   A Professional Corporation
2    Christopher Q. Britton (State Bar No. 56623)
     W. Lee Biddle (State Bar No. 217128)
3  401 West A Street, Suite 1600
   San Diego, CA 92101
4  Telephone: (619) 233-3131
   Facsimile: (619) 232-9316
5  e-mail; cbritton@ferrisbritton.com
           lbiddle@ferrisbritton.com
6

7  SEYFARTH SHAW LLP
     Thomas Kaufman (State Bar No. 177936)
8    Laura Reathaford (State Bar No. 254751)
   2029 Century Park East, Suite 3300
9  Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
10 Facsimile: (310) 201-5219
   e-mail: tkaufman@seyfarth.com
11         lreathaford@seyfarth.com

12 Attorneys for Defendant CoxCom, Inc.

13

                FILED
            2008 AUG 22 PM 4:06
         CLERK US DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA

         BY_____DEPUTY

                '08 CV 1561 H NLS

14              UNITED STATES DISTRICT COURT

15           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16 | ARMAN LASSITER, individually, and on behalf | Case No.
17 | of others similarly situated,               |
                                                 | **PROOF OF SERVICE**
18 |            Plaintiff.                       |
                                                 | Person Served: **ALISON M. MICELI, ESQ.**
19 | vs.                                         |
20 | COXCOM, INC., and DOES 1 to 50,             | Date Served: August 22, 2008
21 |            Defendants.                      |

22

23    I, Lorell Fleming, the undersigned declare under penalty of perjury that I am over the age of

24 eighteen years and not a part to this action; that I served the above-named person the following

25 documents:

26    **DEFENDANT COXCOM, INC.'S NOTICE OF REMOVAL;**

27    **EXHIBITS IN SUPPORT OF DEFENDANT COXCOM INC.'S NOTICE OF REMOVAL SERVICE;**

28

                                1
                         PROOF OF SERVICE
                                         CASE NO.:
                                         NOTICE OF REMOVAL

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT; PROOF OF SERVICE (FEDERAL COURT); and**

**PROOF OF SERVICE (STATE COURT)**

in the following manner:

[ ]   By personally delivering copies to the person served.

[ ]   By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

[x]   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, on August 22, 2008.

ALISON M. MICELI, ESQ.
SULLIVAN & CHRISTIANI
SAN DIEGO, CALIFORNIA 92101 LLP
2330 THIRD AVENUE

Executed on August 22, 2008, at San Diego, California.

/s/

Lorell Fleming

2

**PROOF OF SERVICE**
**CASE NO.:**
NOTICE OF REMOVAL