```
 1  FERRIS & BRITTON
    A Professional Corporation
 2    Christopher Q. Britton (State Bar No. 56623)
      W. Lee Biddle (State Bar No. 217128)
 3  401 West A Street, Suite 1600
    San Diego, CA 92101
 4  Telephone: (619) 233-3131
    Facsimile: (619) 232-9316
 5  e-mail; cbritton@ferrisbritton.com
            lbiddle@ferrisbritton.com
 6

 7  SEYFARTH SHAW LLP
      Thomas Kaufman (State Bar No. 177936)
 8    Laura Reathaford (State Bar No. 254751)
    2029 Century Park East, Suite 3300
 9  Los Angeles, California 90067-3063
    Telephone: (310) 277-7200
10  Facsimile: (310) 201-5219
    e-mail: tkaufman@seyfarth.com
11          lreathaford@seyfarth.com

12  Attorneys for Defendant CoxCom, Inc.
```

FILED  
2008 AUG 22 PM 4:08  
CLERK US DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
BY_____ DEPUTY

'08 CV 1561 H NLS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN LASSITER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COXCOM, INC., and DOES 1 to 50,<br><br>Defendants. | Case No.<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>[FRCP 7.1, LOCAL RULE 40.2] |

//
//
//
//
//

1

CASE NO.: _____
**NOTICE OF PARTY WITH FINANCIAL INTEREST**

1     Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, Defendant CoxCom, Inc. states as follows:

1. Cox Communications, Inc. is the parent company of CoxCom, Inc.
2. No publicly held corporation owns 10% or more of the stock of CoxCom, Inc.

DATED: August 22, 2008      FERRIS & BRITTON, APC

By *Christopher Q. Britton*
Christopher Q. Britton
Attorneys for Defendant
COXCOM, INC.

---

2

CASE NO.: _____ )
NOTICE OF PARTY WITH FINANCIAL INTEREST