```
 1  FERRIS & BRITTON
    A Professional Corporation
 2    Christopher Q. Britton (State Bar No. 56623)
      W. Lee Biddle (State Bar No. 217128)
 3  401 West A Street, Suite 1600
    San Diego, CA 92101
 4  Telephone: (619) 233-3131
    Facsimile: (619) 232-9316
 5  e-mail; cbritton@ferrisbritton.com
            lbiddle@ferrisbritton.com
 6

 7  SEYFARTH SHAW LLP
    Thomas Kaufman (State Bar No. 177936)
 8  Laura Reathaford (State Bar No. 254751)
    2029 Century Park East, Suite 3300
 9  Los Angeles, California 90067-3063
    Telephone: (310) 277-7200
10  Facsimile: (310) 201-5219
    e-mail: tkaufman@seyfarth.com
11          lreathaford@seyfarth.com

12  Attorneys for Defendant CoxCom, Inc.
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ARMAN LASSITER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COXCOM, INC., and DOES 1 to 50<br><br>Defendants. | Case No. 08 CV 1561 H NLS<br><br>**NOTICE OF APPEARANCE**<br><br>*Complaint Filed: February 14, 2008* |
|---|---|

LA1 6721010.1

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND ALL PARTIES AND |
| 2 | ATTORNEYS OF RECORD: |
| 3 | Please take notice of the additional attorney listed below, appearing on |
| 4 | behalf of CoxCom, Inc. |

SEYFARTH SHAW LLP
Thomas Kaufman (State Bar No. 177936)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

e-mail: tkaufman@seyfarth.com

DATED: August 27, 2008        SEYFARTH SHAW LLP

                                        /S/ Thomas R. Kaufman
                              By_____
                                  Thomas R. Kaufman
                              Attorneys for Defendant
                              CoxCom, Inc.

-2-

LA1 6721010.1

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On August 27, 2008, I served the within documents:

**NOTICE OF APPEARANCE**

☐ I sent such document from facsimile machine (310) 201-5219. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

electronically by using the Court's ECF/CM System.

William B. Sullivan
Sullivan & Christiani
2330 Third Avenue
San Diego, CA 92101

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 27, 2008 at Los Angeles, California.

_____
Gina E. Schemerhorn

LA1 6721010.1