FERRIS & BRITTON
A Professional Corporation
  Christopher Q. Britton (State Bar No. 56623)
  W. Lee Biddle (State Bar No. 217128)
401 West A Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 233-3131
Facsimile:  (619) 232-9316
email:  cbritton@ferrisbritton.com
        lbiddle@ferrisbritton.com

SEYFARTH SHAW LLP
Thomas Kaufman (State Bar No. 177936)
Laura Reathaford (State Bar No. 254751)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219
e-mail: tkaufman@seyfarth.com
        lreathaford@seyfarth.com

Attorneys for Defendant CoxCom, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN LASSITER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COXCOM, INC., and DOES 1 to 50<br><br>Defendants. | Case No. 08 CV 1561 H NLS<br><br>**NOTICE OF APPEARANCE**<br><br>*Complaint Filed: May 23, 2008* |

LA1 6722283.1

-2-

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND
2  ATTORNEYS OF RECORD:

3  Please take notice of the additional attorney listed below, appearing on
4  behalf of CoxCom, Inc.

5  SEYFARTH SHAW LLP
   Laura Reathaford (State Bar No. 254751)
6  2029 Century Park East, Suite 3300
   Los Angeles, California 90067-3063
7  Telephone: (310) 277-7200
   Facsimile:  (310) 201-5219
8
   e-mail: lreathaford@seyfarth.com
9

10 DATED: September 5, 2008          SEYFARTH SHAW LLP
11
12
                                              s/Laura Reathaford
13                                   By_____
14                                       Laura Reathaford
                                         Attorneys for Defendant CoxCom, Inc.
15                                       E-mail: lreathaford@seyfarth.com

16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

LA1 6722283.1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA   )
                      )  ss
COUNTY OF LOS ANGELES )

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On September 5, 2008, I served the within documents:

## NOTICE OF APPEARANCE

☐   I sent such document from facsimile machine (310) 201-5219. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐   by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

William B. Sullivan
Sullivan & Christiani
2330 Third Avenue
San Diego, CA 92101

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on September 5, 2008 at Los Angeles, California.

                                                                 Lisa Dancel